# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **GUADA TECHNOLOGIES LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAMS-SONOMA, INC.,** <br><br> Defendant. | Civil Action No: 1:19-cv-00188-RGA <br><br> **PATENT CASE** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Plaintiff Guada Technologies LLC hereby files this voluntary Notice of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Guada Technologies LLC voluntarily dismisses this action against Defendant with prejudice pursuant to Rule 41(a)(1).

May 30, 2019

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

DEVLIN LAW FIRM LLC

 /s/ Timothy Devlin
Timothy Devlin
Delaware Bar No. 4241
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff Guada Technologies LLC*

SO ORDERED this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2019, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin
